MEMO ENDORSED

**ALEXIS G. PADILLA**
**Attorney at Law**
575 Decatur Street #3
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

November 29, 2019

Hon. Kenneth M. Karras
District Judge
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: **Quintana-Cruz v. City of Yonkers, et al.**
19 CV 03273 (KMK)

Your Honor:

My office represents the plaintiff, Harry Quintana-Cruz, in the above-referenced matter. I write to respectfully request an adjournment of the initial conference currently scheduled for December 4, 2019 at 10:15 a.m. The basis for this request is that I will be starting a trial on December 3rd in Supreme Court for Queens County, Criminal Term in the matter of the People of the State of New York v. Anthony Smith [Queens Ind. #970/2018] and will not be able to appear in Westchester on the above-referenced matter. Due to the holiday I have not been able to confer with counsel for defendants and so do not have their consent for this request. I am asking that the conference be rescheduled for any date in January. This is plaintiff's first request for an adjournment of this conference.

Respectfully submitted,

/s/

*Alexis G. Padilla, Esq.*

Cc: Rory McCormick, Esq.
Counsel for Defendants

Denied as untimely.

So Ordered
KMK
12/2/19