MIKE SPANO
MAYOR

MATTHEW I. GALLAGHER
CORPORATION COUNSEL



CITY HALL ROOM 300
40 SOUTH BROADWAY
YONKERS, NEW YORK 10701-3883
(914) 377-6240

CITY OF YONKERS
DEPARTMENT OF LAW

**MEMO ENDORSED**

February 6, 2020

**By ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York

                Re: **Harry Quintana-Cruz v. City of Yonkers, et al.**
                    **19 Civ. 3273 (KMK)**

Your Honor:

      I represent the defendants in the captioned matter and write with the consent of plaintiff's counsel to respectfully request an adjournment of the Initial Case Management Conference presently scheduled for February 12, 2020. The reason for this request is that I will be out of town and my office is closed for Lincoln's Birthday. I would respectfully request a date convenient for the Court. I note that both counsel will be on trial the week of February 24, 2020 before Judge Daniels in the matter of Kim Carl v. City of Yonkers, 18 Civ. 1217 (GBD).

      Thank you for your consideration of this request.

Respectfully submitted,

Rory McCormick
RORY McCORMICK

RM:ka

cc: Alex Padilla, Esq.

Granted.
The 2/12/20 conference is moved to 3/10/20, at 3:00.

So Ordered.

KMK
2/6/20