**MEMO ENDORSED**

ALEXIS G. PADILLA
Attorney at Law
575 Decatur Street #3
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

March 9, 2020

**BY ECF**
Hon. District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

   Re: **Quintana-Cruz v. City of Yonkers, et al.**
     19 CV 3273 (KMK)

Your Honor:

  My office represents the plaintiff, Harry Quintana-Cruz in the above-referenced matter. I write to respectfully request that I be able to appear telephonically at the initial conference currently scheduled for tomorrow, March 10, 2020 at 3:30 P.M. I make this request in light of the recent outbreak of the Covid-19 virus in Westchester County. I would like to avoid having to travel to the area while it remains a center of the outbreak here in New York. I understand that counsel for plaintiff is normally required to appear in person at an initial conference, but I make this request out of an abundance of caution in what I think are extraordinary circumstances. I have conferred with counsel for defendants and he consents to this request.

  I thank the Court in advance for its time and attention to this matter.

           Respectfully submitted,

          /s/

          ***Alexis G. Padilla, Esq.***
          Attorney for Harry Quintana-Cruz

CC: **BY ECF**
   Rory McCormick, Esq.
   Office of Corporation Counsel, City of Yonkers
   Attorneys for Defendants

*Granted.*
*So Ordered*
[signature]
3/9/20